# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PROAMERICAN RESTORATION INC., | § | Case No. 13-37895 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/27/2013 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 30,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 8,033.70 |
| Bank service fees | | 335.37 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 21,630.93 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/13/2014 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,750.00 , for a total compensation of $ 3,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1.68 , for total expenses of $ 1.68 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/14/2017         By:/s/Peter N. Metrou, Trustee
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-37895 BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | PROAMERICAN RESTORATION INC., | | | Date Filed (f) or Converted (c): | 09/27/2013 (f) |
| | | | | 341(a) Meeting Date: | 11/07/2013 |
| For Period Ending: | 04/14/2017 | | | Claims Bar Date: | 02/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. US Bank checking account | 0.00 | 0.00 | | 0.00 | FA |
| 2. Open account receivables being collected by Rapid | 55,712.00 | 0.00 | | 0.00 | FA |
| 3. Fraudulent/preferential transfer (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $55,712.00    $30,000.00    $30,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed special counsel to pursue preferential and fraudulent transfers. 12-7-2013. Adversary filed 7-30-2014. Motion to employ Accountant 1/20/2015. Settlement motion filed and pending. 1/21/2016. Settlement approved by court payments to be made over time. 2/19/2016. Adversary closed. All payments received commencing claims review and Accountant hired, waiting on taxes to be completed for final returns. 1-23-2017.

RE PROP #    3    --    Collection of payment on settlement of fraudulent/preferential transfer.

Initial Projected Date of Final Report (TFR): 12/10/2014    Current Projected Date of Final Report (TFR): 04/30/2017

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-37895 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: PROAMERICAN RESTORATION INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5603 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX8024 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/16 | 3 | Constance Reyes Shaheen-Bills<br>8642 Hotchkiss Drive<br>Frankfort, IL 60423-8597 | Payment on settlement<br>Payment for 3 months Feb, March, and April, 2016 | 1241-000 | $6,000.00 | | $6,000.00 |
| 05/06/16 | 3 | Constance Reyes Shaheen<br>257 N. Calderwood St., 328<br>Alcoa, TN 37701-2111 | Payment on settlement<br>Per court order/approval | 1241-000 | $4,000.00 | | $10,000.00 |
| 05/31/16 | 3 | Constance Reyes Shaheen<br>257 N. Calderwood Street, Ste 328<br>Alcoa, TN 37701-2111 | Payment on settlement<br>Per court approval | 1241-000 | $4,000.00 | | $14,000.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.81 | $13,986.19 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.12 | $13,966.07 |
| 07/18/16 | 3 | Constance Reyes Shaheen<br>257 N. Cedarwood St, #328<br>Alcoa, TN 37701-2111 | Payment on settlement<br>Fraudulent Transfer settlement payment per court order | 1241-000 | $4,000.00 | | $17,966.07 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.45 | $17,942.62 |
| 08/12/16 | 3 | Constance Reyes Shaheen<br>257 N Calderwood St #328<br>aLCOA, TN 37701-2111 | Payment on settlement<br>Per court Order/Approval | 1241-000 | $4,000.00 | | $21,942.62 |
| 08/26/16 | 3 | Constance Reyes Shaheen<br>257 N. Calderwood St., 328<br>Alcoa, TN 37701-2111 | Payment on settlement of fraudulent transfer per court approval | 1241-000 | $4,000.00 | | $25,942.62 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.66 | $25,910.96 |
| 09/15/16 | 3 | Constance Reyes Shaheen<br>257 N. Calderwood St. # 328<br>Alcoa, TN 37701-2111 | Payment on settlement<br>Final payment on settlement of preferential transfer approved by court order. | 1241-000 | $4,000.00 | | $29,910.96 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.35 | $29,870.61 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                   Page Subtotals:                              $30,000.00            $129.39

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-37895 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: PROAMERICAN RESTORATION INC., | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5603 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX8024 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/16 | 5001 | The Law Offices of Zane Zielinski, P.C. 6336 North Cicero Avenue Suite 201 Chicago, IL 60646 | Attorneys fees and costs Court approved fees and costs per dkt# 34 | | | $1,720.85 | $28,149.76 |
| | | The Law Offices of Zane Zielinski, P.C. | Attorney's Fee                 ($1,715.00) | 3210-000 | | | |
| | | The Law Offices of Zane Zielinski, P.C. | Attorney's Expenses                ($5.85) | 3220-000 | | | |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.33 | $28,105.43 |
| 11/08/16 | 5002 | FactorLaw 105 W. Madison, Suite 1500 Chicago, IL 60602 | Attorneys fees and costs Court approved per dkt# 36 | | | $6,300.53 | $21,804.90 |
| | | FactorLaw | ($420.53) | 3220-000 | | | |
| | | FactorLaw | ($5,880.00) | 3210-000 | | | |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.61 | $21,769.29 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.37 | $21,736.92 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.32 | $21,704.60 |
| 02/07/17 | 5003 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $12.32 | $21,692.28 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.14 | $21,663.14 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.21 | $21,630.93 |
| | | | COLUMN TOTALS | | $30,000.00 | $8,369.07 | |
| | | | Page Subtotals: | | $0.00 | $8,239.68 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

|  | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $8,369.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $8,369.07 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5603 - Checking Account (Non-Interest Earn | $30,000.00 | $8,369.07 | $21,630.93 |
| | $30,000.00 | $8,369.07 | $21,630.93 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-37895-BWB  
Debtor Name: PROAMERICAN RESTORATION INC.,  
Claims Bar Date: 2/13/2014  
Date: April 14, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,750.00 | $3,750.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1.68 | $1.68 |
| 100 2700 | CLERK OF THE COURT<br>Attn: Fiscal Dept.<br>219 South Dearborn St., 7th Floor<br>Chicago, IL 60604 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $350.00 | $350.00 |
| 100 3210 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $5,880.00 | $5,880.00 |
| 100 3210 | The Law Offices of Zane Zielinski, P.C.<br>6336 North Cicero Avenue<br>Suite 201<br>Chicago, IL 60646 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,715.00 | $1,715.00 |
| 100 3220 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $420.53 | $420.53 |
| 100 3220 | The Law Offices of Zane Zielinski, P.C.<br>6336 North Cicero Avenue<br>Suite 201<br>Chicago, IL 60646 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $5.85 | $5.85 |
| 100 3410 | Ltd. Kutchins Robbins & Diamond<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $969.00 | $969.00 |
| 2 280 5800 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Priority<br>Payment Status:<br>Valid To Pay | Claim Filed Late<br>Objection Notes: The claim was not filed within ninety (90) days of the meeting of creditors or within the deadline given to file claims against the estate. The claim will be allowed as a tardily-filed claim, to be paid only after all timely-filed claims are paid in full. | $0.00 | $3,300.00 | $3,300.00 |

Page 1                                             Printed: April 14, 2017

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-37895-BWB  Date: April 14, 2017
Debtor Name: PROAMERICAN RESTORATION INC.,
Claims Bar Date: 2/13/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 300 7100 | AMERICAN BUILDERS AND CONTRACTORS SUPPLY CO., INC. 1 ABC PARKWAY BELOIT, WI 53511 | Unsecured Payment Status: Valid To Pay | | $171,231.00 | $243,715.97 | $243,715.97 |
| | Case Totals | | | $171,231.00 | $260,108.03 | $260,108.03 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-37895
Case Name: PROAMERICAN RESTORATION INC.,
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 21,630.93

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 1.68 | $ 0.00 | $ 1.68 |
| Attorney for Trustee Fees: FactorLaw | $ 5,880.00 | $ 5,880.00 | $ 0.00 |
| Attorney for Trustee Expenses: FactorLaw | $ 420.53 | $ 420.53 | $ 0.00 |
| Accountant for Trustee Fees: Ltd. Kutchins Robbins & Diamond | $ 969.00 | $ 0.00 | $ 969.00 |
| Charges: CLERK OF THE COURT | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: The Law Offices of Zane Zielinski, P.C. | $ 1,715.00 | $ 1,715.00 | $ 0.00 |
| Other: The Law Offices of Zane Zielinski, P.C. | $ 5.85 | $ 5.85 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 5,070.68
Remaining Balance $ 16,560.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,300.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 3,300.00 | $ 0.00 | $ 3,300.00 |
| | Total to be paid to priority creditors | | | $ 3,300.00 |
| | Remaining Balance | | | $ 13,260.25 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 243,715.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN BUILDERS AND CONTRACTORS SUPPLY CO., INC. | $ 243,715.97 | $ 0.00 | $ 13,260.25 |
| | Total to be paid to timely general unsecured creditors | | | $ 13,260.25 |
| | Remaining Balance | | | $ 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE