# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PROAMERICAN RESTORATION INC., | § | Case No. 13-37895 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 55,712.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants:  16,560.25

Claims Discharged
Without Payment:  NA

Total Expenses of Administration:  13,439.75

3) Total gross receipts of $ 30,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,439.75 | 13,439.75 | 13,439.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 3,300.00 | 3,300.00 | 3,300.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 192,843.41 | 243,715.97 | 243,715.97 | 13,260.25 |
| **TOTAL DISBURSEMENTS** | $ 192,843.41 | $ 260,455.72 | $ 260,455.72 | $ 30,000.00 |

4)  This case was originally filed under chapter 7 on  09/27/2013 .  The case was pending for 48 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/13/2017                          By:/s/Peter N. Metrou, Trustee
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent/preferential transfer | 1241-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| Peter N. Metrou | 2200-001 | NA | 1.68 | 1.68 | 1.68 |
| LTD. International Sureties | 2300-000 | NA | 12.32 | 12.32 | 12.32 |
| Associated Bank | 2600-000 | NA | 335.37 | 335.37 | 335.37 |
| CLERK OF THE COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| FactorLaw | 3210-000 | NA | 5,880.00 | 5,880.00 | 5,880.00 |
| The Law Offices of Zane Zielinski, P.C. | 3210-000 | NA | 1,715.00 | 1,715.00 | 1,715.00 |
| FactorLaw | 3220-000 | NA | 420.53 | 420.53 | 420.53 |
| The Law Offices of Zane Zielinski, P.C. | 3220-000 | NA | 5.85 | 5.85 | 5.85 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 969.00 | 969.00 | 969.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 13,439.75 | $ 13,439.75 | $ 13,439.75 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | 5800-000 | NA | 3,300.00 | 3,300.00 | 3,300.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot Home Depot Credit Services PO Box 790328 Saint Louis, MO 63179 | | 21,612.41 | NA | NA | 0.00 |
| | Visa Signature- Southwest Rewards USPS FCU P.O. Box 672051 Dallas, TX 75267-2021 | | 0.00 | NA | NA | 0.00 |
| 1 | AMERICAN BUILDERS AND CONTRACTORS SUPPLY CO., INC. | 7100-000 | 171,231.00 | 243,715.97 | 243,715.97 | 13,260.25 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 192,843.41 | $ 243,715.97 | $ 243,715.97 | $ 13,260.25 |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 13-37895 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | PROAMERICAN RESTORATION INC., | | | | Date Filed (f) or Converted (c): | 09/27/2013 (f) |
| | | | | | 341(a) Meeting Date: | 11/07/2013 |
| For Period Ending: | 09/13/2017 | | | | Claims Bar Date: | 02/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  US Bank checking account | 0.00 | 0.00 | | 0.00 | FA |
| 2.  Open account receivables being collected by Rapid | 55,712.00 | 0.00 | | 0.00 | FA |
| 3.  Fraudulent/preferential transfer (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $55,712.00 | $30,000.00 | | $30,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed special counsel to pursue preferential and fraudulent transfers. 12-7-2013. Adversary filed 7-30-2014. Motion to employ Accountant 1/20/2015. Settlement motion filed and pending. 1/21/2016. Settlement approved by court payments to be made over time. 2/19/2016. Adversary closed. All payments received commencing claims review and Accountant hired, waiting on taxes to be completed for final returns. 1-23-2017.

RE PROP #        3   --   Collection of payment on settlement of fraudulent/preferential transfer.

Initial Projected Date of Final Report (TFR): 12/10/2014        Current Projected Date of Final Report (TFR): 04/30/2017

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 13-37895 | Trustee Name: Peter N. Metrou, Trustee | Exhibit 9 |
|---|---|---|
| Case Name: PROAMERICAN RESTORATION INC., | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5603 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX8024 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 09/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/16 | 3 | Constance Reyes Shaheen-Bills 8642 Hotchkiss Drive Frankfort, IL 60423-8597 | Payment on settlement Payment for 3 months Feb, March, and April, 2016 | 1241-000 | $6,000.00 | | $6,000.00 |
| 05/06/16 | 3 | Constance Reyes Shaheen 257 N. Calderwood St., 328 Alcoa, TN 37701-2111 | Payment on settlement Per court order/approval | 1241-000 | $4,000.00 | | $10,000.00 |
| 05/31/16 | 3 | Constance Reyes Shaheen 257 N. Calderwood Street, Ste 328 Alcoa, TN 37701-2111 | Payment on settlement Per court approval | 1241-000 | $4,000.00 | | $14,000.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $13.81 | $13,986.19 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $20.12 | $13,966.07 |
| 07/18/16 | 3 | Constance Reyes Shaheen 257 N. Cedarwood St, #328 Alcoa, TN 37701-2111 | Payment on settlement Fraudulent Transfer settlement payment per court order | 1241-000 | $4,000.00 | | $17,966.07 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $23.45 | $17,942.62 |
| 08/12/16 | 3 | Constance Reyes Shaheen 257 N Calderwood St #328 aLCOA, TN 37701-2111 | Payment on settlement Per court Order/Approval | 1241-000 | $4,000.00 | | $21,942.62 |
| 08/26/16 | 3 | Constance Reyes Shaheen 257 N. Calderwood St., 328 Alcoa, TN 37701-2111 | Payment on settlement of fraudulent transfer per court approval | 1241-000 | $4,000.00 | | $25,942.62 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $31.66 | $25,910.96 |
| 09/15/16 | 3 | Constance Reyes Shaheen 257 N. Calderwood St. # 328 Alcoa, TN 37701-2111 | Payment on settlement Final payment on settlement of preferential transfer approved by court order. | 1241-000 | $4,000.00 | | $29,910.96 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $40.35 | $29,870.61 |

Page Subtotals:  $30,000.00   $129.39

Case 13-37895   Doc 47   Filed 09/26/17   Entered 09/26/17 14:07:35   Desc Main
Document   Page 8 of 10

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-37895
Case Name: PROAMERICAN RESTORATION INC.,

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5603
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX8024
For Period Ending: 09/13/2017

Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/16 | 5001 | The Law Offices of Zane Zielinski, P.C. 6336 North Cicero Avenue Suite 201 Chicago, IL 60646 | Attorneys fees and costs Court approved fees and costs per dkt# 34 | | | $1,720.85 | $28,149.76 |
| | | The Law Offices of Zane Zielinski, P.C. | Attorney's Fee                ($1,715.00) | 3210-000 | | | |
| | | The Law Offices of Zane Zielinski, P.C. | Attorney's Expenses              ($5.85) | 3220-000 | | | |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.33 | $28,105.43 |
| 11/08/16 | 5002 | FactorLaw 105 W. Madison, Suite 1500 Chicago, IL 60602 | Attorneys fees and costs Court approved per dkt# 36 | | | $6,300.53 | $21,804.90 |
| | | FactorLaw | ($420.53) | 3220-000 | | | |
| | | FactorLaw | ($5,880.00) | 3210-000 | | | |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.61 | $21,769.29 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.37 | $21,736.92 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.32 | $21,704.60 |
| 02/07/17 | 5003 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $12.32 | $21,692.28 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.14 | $21,663.14 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.21 | $21,630.93 |
| 07/07/17 | 5005 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal Print error see TFR | 2200-000 | | ($1.68) | $21,632.61 |

Page Subtotals:                    $0.00        $8,238.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-37895
Case Name: PROAMERICAN RESTORATION INC.,

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5603
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX8024
For Period Ending: 09/13/2017

Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/17 | 5004 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,750.00 | $17,882.61 |
| 07/07/17 | 5005 | Clerk, U.S. Bankruptcy Court | Remit to Court | 2200-001 | | $1.68 | $17,880.93 |
| 07/07/17 | 5006 | CLERK OF THE COURT Attn: Fiscal Dept. 219 South Dearborn St., 7th Floor Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $17,530.93 |
| 07/07/17 | 5007 | Kutchins Robbins & Diamond Ltd. 1101 Perimeter Drive Suite 760 Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $969.00 | $16,561.93 |
| 07/07/17 | 5008 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 19035 SPRINGFIELD, IL 62794-9035 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 5800-000 | | $3,300.00 | $13,261.93 |
| 07/07/17 | 5009 | AMERICAN BUILDERS AND CONTRACTORS SUPPLY CO., INC. 1 ABC PARKWAY BELOIT, WI 53511 | Final distribution to claim 1 representing a payment of 5.44 % per court order. | 7100-000 | | $13,260.25 | $1.68 |
| 07/07/17 | 5010 | Metrou, Peter N. 123 W. Washington St., Ste 216 Oswego, IL 60543 | Court Approved See TFR dckt#38 | 2200-000 | | $1.68 | $0.00 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | $30,000.00 | $30,000.00 | |
| Less: Bank Transfers/CD's | $0.00 | $0.00 | |
| Subtotal | $30,000.00 | $30,000.00 | |
| Less: Payments to Debtors | $0.00 | $0.00 | |
| Net | $30,000.00 | $30,000.00 | |

Page Subtotals:                                              $0.00        $21,632.61

Exhibit 9

### TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5603 - Checking Account (Non-Interest Earn | $30,000.00 | $30,000.00 | $0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $30,000.00 | |
| Total Gross Receipts: | $30,000.00 | |